**Electronically Filed
Supreme Court
SCWC-24-0000817
11-MAR-2025
01:39 PM
Dkt. 11 ODAC**

SCWC-24-0000817

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

210S LLC, a Hawaii limited liability company,
Respondent/Plaintiff-Appellee,

vs.

DI WU,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-24-0000817; CASE NO. 1CCV-22-0001069)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
AND DENYING APPLICATION FOR STAY
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)


Petitioner Di Wu's application for writ of certiorari,

filed on February 9, 2025, is hereby rejected.[1]

---

[1] To the extent the February 12, 2025 response seeks an order to show cause against Petitioner, the court declines to do so at this time. However, Petitioner is cautioned that all parties, including self-represented litigants, shall not cite fictitious cases or misrepresent the holdings of a case. See Hawai'i Rules of Civil Procedure Rule 11(b); Hawai'i Rules of Appellate Procedure Rule 2.1(a).

Petitioner's February 13, 2025 application for stay of proceedings is denied.

DATED: Honolulu, Hawai'i, March 11, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

